**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **ALI AHMED ADAM ELDOMA SULIMAN** | **CASE NO. 6:25-CV-01998** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **U S IMMIGRATION & CUSTOMS ENFORCEMENT** | **MAG. JUDGE CAROL B. WHITEHURST** |

**ORDER**

Plaintiff has been served more than fourteen (14) days ago with a Notice of Intent to Dismiss this case under **LR 41.3** for the reason that plaintiff has failed to apprise the court of a change of the mailing address provided to the court for mailing of notices and Plaintiff has failed to show good cause for this deficiency. Accordingly,

**IT IS ORDERED that this action be dismissed in its entirety and all Motions found to be moot**. This action may be reinstated within thirty (30) days for good cause shown.

In Chambers, at Lafayette, Louisiana, on this 17th day of March, 2026.

**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**